UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

The Clerk is hereby directed to reassign the following cases from Judge Theresa L.

Springmann to Judge Holly A. Brady as the presider for all further proceedings:

| | |
|---|---|
| 1:13-cv-357 | Medical Protective Co of Fort Wayne Indiana v. American International Specialty Lines Insurance Company |
| 1:14-cv-324 | Sheehan v. Noble County Sheriff's Department et al |
| 1:15-cv-331 | Johnson-Keys v. Bluffton Health System LLC |
| 1:15-cv-402 | Wilson v. Allen County et al |
| 1:16-cv-87 | Estabrook v. Mazak Corporation |
| 1:16-cv-175 | Design Basics, LLC et al v. Heller & Sons Inc et al |
| 1:16-cv-285 | Mid-American Salt LLC v. Bob & Dave's Lawn and Landscape |
| 1:16-cv-291 | Sorah v. New Horizons Home Healthcare LLC |
| 1:16-cv-312 | Millman v. United Technologies Corp et al |
| 1:16-cv-330 | Gorss Motels Inc v. Brigadoon Fitness Inc et al |
| 1:16-cv-335 | Jordan et al v. Gladieux et al |
| 1:16-cv-337 | Brown v. Truelove et al |
| 1:16-cv-355 | Zimmer Inc v. Beamalloy Reconstructive Medical Products et al |
| 1:16-cv-357 | Rolan et al v. Atlantic Richfield Company et al |
| 1:16-cv-380 | Gant v. City of Fort Wayne et al |
| 1:16-cv-387 | R3 Composites Corp v. G & S Sales Corp |
| 1:16-cv-423 | Bennett v. Antinnucci et al |
| 1:17-cv-65 | Renal Care Group Indiana LLC v Fort Wayne City of |
| 1:17-cv-84 | Motorists Mutual Insurance Co v. Elite Home Products LLC et al |
| 1:17-cv-108 | Hale et al v. Stoffel |
| 1:17-cv-109 | Garcia et al v. Gladieux |
| 1:17-cv-124 | Buroff et al v. Gladieux |
| 1:17-cv-267 | Richardson et al v. Sheriff Jeff Campos et al |
| 1:17-cv-269 | Mikhail v. Manchester University Inc |
| 1:17-cv-298 | North American Van Lines Inc v. North America Prime Inc |
| 1:17-cv-310 | Smith v. Jack Copper Transport Inc |
| 1:17-cv-322 | Hodgin v. Hake et al |
| 1:17-cv-339 | Wadsley et al v. REV Recreation Group Inc |
| 1:17-cv-350 | Greenwell et al v. REV Recreation Group Inc |
| 1:17-cv-370 | Haywood v. Gladieux |
| 1:17-cv-378 | United Specialty Insurance Co v. South Side Service Inc et al |
| 1:17-cv-381 | Dawkins v. Boston University Trustees of |
| 1:17-cv-402 | LaBarbera v. University of Saint Frances of Fort Wayne Indiana |
| 1:17-cv-431 | Smith v. Gladieux et al |
| 1:17-cv-438 | Ledford v. Rutledge et al |
| 1:17-cv-439 | Gueber v. Community Health Systems |
| 1:17-cv-441 | Rinearson v. Fort Wayne Community Schools |

| | |
|---|---|
| 1:17-cv-449 | Phelps v. Winters et al |
| 1:17-cv-456 | Priddy v. Atlantic Specialty Insurance Company et al |
| 1:17-cv-459 | Autobarn Motors Ltd v. REV Recreation Group Inc |
| 1:17-cv-460 | Hurley v. Caravan Facilities Management LLC |
| 1:17-cv-462 | Craftline Graphics, Inc et al v. Total Press Sales & Service |
| 1:17-cv-485 | Mobley v. Wick-Fab Inc |
| 1:17-cv-486 | Carson v. McGuinness |
| 1:17-cv-488 | Hatton v. Shulkin |
| 1:17-cv-514 | Royse v. Wal-Mart Stores East LP |
| 1:18-cv-26 | Brown v. Kimbrell et al |
| 1:18-cv-30 | BirchRea Partners Inc v. Regent Bank et al |
| 1:18-cv-42 | Moore v. City of Fort Wayne |
| 1:18-cv-49 | Zerler v. Allen County Sheriff et al |
| 1:18-cv-62 | Hoopingarner v. Commissioner of Social Security |
| 1:18-cv-63 | Serna v. Commissioner of Social Security |
| 1:18-cv-79 | Nelson v. Monroe Group Ltd |
| 1:18-cv-82 | Austin et al v. Auto Handling Corporation et al |
| 1:18-cv-86 | ASW LLC v. Bisson |
| 1:18-cv-89 | Spear et al v. KZRV LP |
| 1:18-cv-91 | Foster v. US Management of Angola Inc |
| 1:18-cv-99 | Schnetzler v. Commissioner of Social Security |
| 1:18-cv-103 | Wolf v. Commissioner of Social Security |
| 1:18-cv-110 | McMillan v. Commissioner of Social Security |
| 1:18-cv-120 | Stiverson v. Commissioner of Social Security |
| 1:18-cv-121 | Martin et al v. Noble County Sheriff's Dept et al |
| 1:18-cv-122 | Royal v. Walker et al |
| 1:18-cv-123 | Royal v. Payne et al |
| 1:18-cv-133 | Zartman v. Tame et al |
| 1:18-cv-135 | Barrett v. Redemption House Ministry Inc et al |
| 1:18-cv-136 | Chester v. Therma-Tru Corp |
| 1:18-cv-141 | Carteaux v. Commissioner of Social Security |
| 1:18-cv-143 | Boyce v. DeKalb County Sheriff et al |
| 1:18-cv-147 | Alaura v. Commissioner of Social Security |
| 1:18-cv-148 | Oury v. Commissioner of Social Security |
| 1:18-cv-150 | Maglajlic v. Adaptive Micro-Ware Inc |
| 1:18-cv-154 | Fenske v. Mutual Management Services LLC |
| 1:18-cv-155 | Frain v. Commissioner of Social Security |
| 1:18-cv-163 | Badger v. Steuben County et al |
| 1:18-cv-169 | Ritchie v. Commissioner of Social Security |
| 1:18-cv-173 | Miller v. Riverside RV Inc |
| 1:18-cv-175 | Ruffin v. Walmart Inc et al |
| 1:18-cv-178 | Scott v. Commissioner of Social Security |
| 1:18-cv-179 | Eatmon v. City of Fort Wayne Animal Care and Control |
| 1:18-cv-189 | 4 Life Investments Inc et al v. Auto-Owners Insurance |
| 1:18-cv-194 | Robinson v. Gosiger Machine Tools LLC et al |
| 1:18-cv-196 | North American Van Lines v. North America Moving & Storage |
| 1:18-cv-201 | Sarasien v. International Brotherhood of Teamsters Chauffeurs Warehousemen and Helpers Local 414 |
| 1:18-cv-206 | Sherbert v. Commissioner of Social Security |

| | |
|---|---|
| 1:18-cv-208 | Barley v. Medical Depot Inc et al |
| 1:18-cv-209 | Ponder v. Capital One Bank |
| 1:18-cv-212 | Tristate Bolt Company v. West Bend Mutual Insurance et al |
| 1:18-cv-217 | Moore v. SHAS Inc |
| 1:18-cv-219 | Reaser v. Commissioner of Social Security |
| 1:18-cv-221 | Cessna Bochard v. Commissioner of Social Security |
| 1:18-cv-225 | Jones v. USA |
| 1:18-cv-227 | Wright v. ASIL LLC et al |
| 1:18-cv-230 | Newman v. Lloyd & McDaniel PLC et al |
| 1:18-cv-232 | Martinez v. USA |
| 1:18-cv-237 | Siler v. Commissioner of Social Security |
| 1:18-cv-241 | Empire Eagle Chase Indiana LLC v. Seneca Insurance Co Inc et al |
| 1:18-cv-249 | Sosh v. Commissioner of Social Security |
| 1:18-cv-251 | Dohner v. Commissioner of Social Security |
| 1:18-cv-253 | Graphic Communication Union v Our Sunday Visitor Inc |
| 1:18-cv-270 | Quintana et al v. Redbone Express LLC et al |
| 1:18-cv-271 | Hudson v. NCSPlus Incorporated et al |
| 1:18-cv-282 | Smith v. Commissioner of Social Security |
| 1:18-cv-289 | Clifton v. Parkview Health System Inc |
| 1:18-cv-294 | Okoli v. Michelin North America Inc-BF Goodrich |
| 1:18-cv-299 | Galloway v. Shambaugh & Sons  LP |
| 1:18-cv-311 | Wendt LLP v. Prudential Insurance Company of America et al |
| 1:18-cv-315 | SLR et al v. Commissioner of Social Security |
| 1:18-cv-317 | Entertainment USA Inc v. The Cellular Connection LLC |
| 1:18-cv-319 | Mettler v. Commissioner of Social Security |
| 1:18-cv-322 | Craig v. Lutheran Homes Inc |
| 1:18-cv-326 | Fitzpatrick v. Commissioner of Social Security |
| 1:18-cv-333 | Isaac v. Wal-Mart |
| 1:18-cv-338 | Frontier North v. International Brotherhood of Electrical Workers |
| 1:18-cv-345 | Ford v. Gas City Motel LLC |
| 1:18-cv-347 | Black et al v. Northwest Allen County Schools et al |
| 1:18-cv-348 | Smith v. US Department of Ed et al |
| 1:18-cv-352 | State Farm Mutual Automobile Insurance Co v. West et al |
| 1:18-cv-357 | Macy v. USAA Savings Bank |
| 1:18-cv-360 | Hart v. Prestress Services Industries LLC |
| 1:18-cv-362 | Ledford v. EM et al |
| 1:18-cv-373 | Workman v. Commissioner of Social Security |
| 1:18-cv-384 | Campos v. Faurecia Emissions Control Technologies USA LLC |
| 1:18-cv-386 | Combs v. Commissioner of Social Security |
| 1:18-cv-387 | Clark v. DeKalb County Sheriff et al |
| 1:18-cv-389 | Middleton v. Harp et al |
| 1:18-cv-390 | Hagerman v. Commissioner of Social Security |
| 1:18-cv-392 | EAG et al v. City of Fort Wayne et al |
| 1:18-cv-393 | Aguilar v. Department of Veterans Affairs Agency |
| 1:18-cv-394 | Sager v. Vintage Aviation Publications LLC |
| 1:18-cv-397 | Sanchez v. Fort Wayne City of |
| 1:18-cv-403 | Cole v. Commissioner of Social Security |
| 1:18-cv-414 | Preston v. Forge Industrial Staffing Inc et al |
| 1:18-cv-417 | Estabrook v. Commissioner of Social Security |

| | |
|---|---|
| 1:18-cv-418 | Burdett v. United Parcel Service Inc |
| 1:18-cv-423 | Cooper v. Brunswick Leisure Boat Company LLC |
| 1:18-cv-425 | Messer v. Commissioner of Social Security |
| 1:18-cv-432 | Grady v. Harker et al |
| 1:19-cv-2 | Hill v. Acceptance Now et al |
| 1:19-cv-5 | Starks v. Fort Wayne City of |
| 1:19-cv-6 | Lymon v. Norfolk Southern Railroad Company |
| 1:19-cv-7 | Fields v. Caudell et al |
| 1:19-cv-9 | Canaday v. Thomas Law Firm PC |
| 1:19-cv-11 | Gray v. The Fort Wayne Rescue Mission Ministries Inc et al |
| 1:19-cv-13 | Colombini et al v. Unites States of America |
| 1:19-cv-14 | Findling v. API Construction Corp |
| 1:19-cv-16 | Indiana Farmers Mutual Insurance Co v. Gree USA Inc et al |
| 1:19-cv-19 | Frazier v. United States of America |
| 1:19-cv-26 | Campos v. USA |
| 1:19-cv-41 | Underwood v. Gladieux |
| 1:19-cv-42 | Shelton v. Iotron Industries USA Inc |
| 1:19-cv-48 | Collins v. Lock et al |
| 1:19-cv-49 | Shields v. United States of America |
| 1:19-cv-50 | Timmis v. Commissioner of Social Security |
| 1:19-cv-52 | Ort v. Commissioner of Social Security |
| 1:19-cv-56 | Seiferman v. U Car Wash LLC |
| 1:19-cv-57 | IMO the Tax Indebtedness of Larry Bledsoe |
| 1:19-cv-59 | Starr v. Allen County Commissioners et al |
| 1:19-cv-60 | Greene v. Commissioner of Social Security |
| 1:19-cv-63 | Heath v. Wal-Mart Stores East LP |
| 1:19-cv-64 | Bachner v. USA Halloween Planet Inc |
| 1:19-cv-65 | Roberson v. East Allen County Schools et al |
| 1:19-cv-72 | Stedge v. Grace Schools Inc |
| 1:19-cv-80 | Johnson v. Premier Healthcare of Fort Wayne |
| 1:19-cv-81 | Bezingue et al v. Steuben Lakes Regional Waste District |
| 1:19-cv-84 | Swisher v. United States of America |
| 1:19-cv-87 | Gross v. United States of America |
| 1:19-cv-89 | Littleboy v. TJ Nowak Supply Co Inc |
| 1:19-cv-92 | MG a minor child et al v. Whitley County Consolidated Schools |
| 1:19-cv-93 | Shepherd v. CSK Auto Inc |
| 1:19-cv-94 | Iwasaki v. Apollo Design Technology Inc |
| 1:19-cv-95 | Mechem v. United States of America |
| 1:19-cv-97 | Washington v. Commissioner of Social Security |
| 1:19-cv-102 | Temple v. United States of America |
| 1:19-cv-113 | Gemple v. USA |
| 1:19-cv-115 | Flowers et al v. Nevels et al |
| 1:19-cv-117 | Starr v. Fumerolo |
| 1:19-cv-119 | Starr v. Indiana Dept of Corrections et al |
| 1:19-cv-120 | Starr v. Cork et al |
| 1:19-cv-122 | United States of America v. Shull et al |
| 1:19-cv-123 | Weaver v. Commissioner of Social Security |
| 1:19-cv-126 | Stone et al v. Nevels et al |
| 1:19-cv-128 | Birchman et al v. United States of America |

| | |
|---|---|
| 1:19-cv-129 | Moore v. PHH Mortgage Services Corp |
| 1:19-cv-136 | Jones v. Sabert Corporation |
| 1:19-cv-140 | United States of America v. VanHoosier et al |
| 1:19-cv-142 | Mafera v. Snow & Sauerteig LLP |
| 1:19-cv-145 | Super 8 Worldwide Inc v. Harvee Properties LLC et al |
| 1:19-cv-148 | Spearman v. Rudae's Inc |
| 1:19-cv-149 | Spural-Harris v. Black et al |
| 1:19-cv-151 | Arnold v. Commissioner of Social Security |
| 1:19-cv-155 | Chapman v. City of Fort Wayne |
| 1:19-cv-156 | Kruger v. Lauer et al |
| 1:19-cv-157 | Plumbers & Steamfitters Health and Welfare Fund Trustees of et al v. BMG Mechanical Corp et al |
| 1:19-cv-161 | Verduzco Velazquez v. USA |
| 1:19-cv-164 | United States of America v. Henderson et al |
| 1:19-cv-165 | Axis Insurance Co v. American Specialty Insurance & Risk Services Inc |
| 1:19-cv-166 | Mihaylov v. Parkview Hospital, Inc. |
| 1:19-cv-173 | Fields v. Nevels et al |

This order does not change the assignment of the Magistrate Judge or any previously

scheduled deadlines, hearings or trial dates.

SO ORDERED on May 1, 2019

s/ Theresa L. Springmann
Chief Judge Theresa L. Springmann
United States District Court