UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DENNIS SEIP and DENNIS BOOKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO.: 1:18-cv-00082-HAB-SLC |
| | ) |
| AUTO HANDLING CORPORATION, | ) |
| JACK COOPER TRANSPORT COMPANY, | ) |
| INC., KEVIN TUMBLESON | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Dennis Seip and Dennis Booker, and Auto Handling Corporation, Jack Cooper Transport Company Inc., and Kevin Tumbleson, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of Plaintiffs' claims against Defendants in their entirety. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

1

<table>
<tr><td>

By: /s/Robin C. Clay
Robin C. Clay
Curlin & Clay Law
8510 Evergreen Avenue., Suite 200
Indianapolis, IN 46240
rclay@curlinclaylaw.com
*Attorney for Plaintiffs*

</td><td>

By: /s/ Christina M. Kamelhair w/permission
Christina M. Kamelhair
David P. Thatcher
Ogletree Deakins
300 N. Meridian St. Suite 27000
paul@paulcummingslaw.com
*Attorneys for Defendants Auto Handlng
Corporation and Jack Cooper Transport Co.*

By: /s/ Matthew J. Elliott w/permission
Matthew J. Elliott
Beckman Lawson LLP
201 West Wayne Street
Fort Wayne, IN 46802
melliott@beckmanlawson.com
*Attorney for Kevin Tumbleson*

</td></tr>
</table>

Dated:  7/12/24